UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PETER KRAVITZ,

                **Plaintiff,**                17-CV-07461 (ALC)(SN)

      -against-                     <u>ORDER</u>

MARCELLO BINDA, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Pursuant to the Order entered by the Court on October 6, 2020, the parties were directed to file a joint status letter by November 6, 2020. As of November 12, 2020, no letter has been filed. The parties are ORDERED to file their status letter by Friday, November 20, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 12, 2020
              New York, New York