**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Peter Kravitz, in his capacity as the Creditor
Trustee of the Creditor Trust of Advance Watch
Company, Ltd.

                          Plaintiff,

      -against-

Marcello Binda & Simone Binda,

                      Defendants.
-----------------------------------------------------------X



17 CIVIL 7461 (ALC)(SN)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2022, Defendants' motion for summary judgment is hereby GRANTED IN PART AND DENIED IN PART. Triable issues potentially remain only as to a claim for fiduciary breach under Delaware law against Simone Binda; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2022

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court

                             BY:

                                                       **Deputy Clerk**