UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
**PETER KRAVITZ,**

               **Plaintiff,**

     -against-

**MARCELLO BINDA ET AL.,**

               **Defendants.**

------------------------------------------------------------------- x

**ORDER**

**1:17-CV-07461-ALC-SN**

**ANDREW L. CARTER, JR., District Judge:**

     The Court is in receipt of the parties' motions at Dkt. Nos. 115 and 116. The Clerk of Court reopened this case on April 4, 2022, as evidenced by the entrance of the Court's Amended Order at Dkt. 112.

     The parties are once again directed to Dkt. 113, and encouraged to contact Magistrate Judge Netburn's Chambers about a potential settlement conference. Judge Netburn's Chambers can also be reached at 212-805-0286.

     If the parties wish to file a joint pretrial order, the parties should submit it by July 1, 2022.

**SO ORDERED.**

Dated:    **June 2, 2022**
            **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**